UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABEL GARCIA, ) | |
| ) | No. CV 11-1476-VAP(AJW) |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| MICHAEL STAINER, ) | |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: March 2, 2012

_____
Virginia A. Phillips
United States District Judge